Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00314-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Shelley **TIFFEE**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2009CVK001955C3
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Phylis J. Speedlin, Justice

Delivered and Filed:  August 3, 2011

DISMISSED

   Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

                 PER CURIAM